# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Mayeron, Janie S. | 2. Court or Organization<br><br>U.S. District Court-Minnesota | 3. Date of Report<br><br>4/20/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge-FT | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2016<br>to<br>2/6/2017 |
| 7. Chambers or Office Address<br><br>9E U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2016 | Self-Employed Attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 4/20/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 4/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Center Coast MLP Focus Fund Class A | D | Dividend | L | T | | | | | |
| 2. Fiserv Inc. - Common | | None | P1 | T | Buy (add'l) | 05/20/16 | M | | |
| 3. Fiserv Inc. - Restricted | | None | N | T | | | | | |
| 4. | | | | | Buy (add'l) | 05/23/16 | M | | |
| 5. | | | | | Buy (add'l) | 08/22/16 | K | | |
| 6. Franklin/Templeton Global Bond Fund Class C | A | Dividend | K | T | | | | | |
| 7. Templeton Global Bond Adv | A | Dividend | K | T | Sold (part) | 01/24/17 | J | | |
| 8. Pace Gov't Money Mkt Investments Fund Class P | | None | | | Sold (part) | 01/22/16 | J | | |
| 9. | | | | | Sold | 01/24/17 | J | | |
| 10. Lord Abbett Fundamental Equity Class F | C | Dividend | M | T | | | | | |
| 11. Mairs Power Growth Fund Class Investor | A | Dividend | K | T | | | | | |
| 12. Mairs & Power Balanced Fund Class Investor | B | Dividend | L | T | | | | | |
| 13. Berkshire Hathaway Inc. | | None | N | T | Buy (add'l) | 05/24/16 | M | | |
| 14. Garmin Ltd Shs Chf | B | Dividend | K | T | | | | | |
| 15. Pioneer Global High Yield FD CL A | D | Dividend | | | Sold | 05/20/16 | M | | |
| 16. Franklin Templeton Global Bond A | B | Dividend | | | Sold | 05/20/16 | M | | |
| 17. Apple Inc. | A | Dividend | J | T | Buy | 01/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 4/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U.S. Bank Account | A | Interest | L | T | | | | | |
| 19. Wells Fargo Accounts | A | Interest | M | T | | | | | |
| 20. Northwestern Mutual Whole Life | C | Dividend | M | T | | | | | |
| 21. Northwestern Mutual Whole Life | A | Dividend | K | T | | | | | |
| 22. Northwestern Mutual Whole Life | A | Dividend | K | T | | | | | |
| 23. Vanguard LifeStrategy Moderare Growth Fund | | None | M | T | | | | | |
| 24. Pioneer Global High Yield CL Y | D | Dividend | M | T | Buy | 04/18/16 | L | | |
| 25. American Funds AMCAP FD CL F2 | A | Dividend | M | T | Buy | 04/18/16 | J | | |
| 26. American Funds New Perspective CL F2 | B | Dividend | L | T | | | | | |
| 27. American Funds Capital World Growth & Income Fund Class A and F2 | B | Dividend | L | T | Sold (part) | 04/18/16 | K | D | |
| 28. Aberdeen Asia Pacific Pacific Ex Japan Fund | | None | L | T | Sold (part) | 04/18/16 | J | | |
| 29. American Funds American Balanced Fund Class F2 | B | Dividend | L | T | | | | | |
| 30. Govt Natl Mtg Assn Pool 480189 | A | Interest | J | T | | | | | |
| 31. Fidelity Adv Mid Cap II- CL A and I | A | Dividend | M | T | Sold (part) | 04/18/16 | K | B | |
| 32. CenterCoast MLP Focus Fund Class A | B | Dividend | | | Sold | 04/18/16 | L | | |
| 33. Blackrock Global Allocation Fund Inc A and Institutional | B | Dividend | M | T | Buy (add'l) | 04/18/16 | K | | |
| 34. Pioneer Strategic Income Y | C | Dividend | M | T | Buy | 04/18/16 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 4/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mn/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UBS Bank USA Dep Acct. | A | Interest | J | T | | | | | |
| 36. Mankato MN ISD #77 Tax SR A | D | Interest | M | T | | | | | |
| 37. Minneapolis St. Paul Mn Tax Sr A Rv | C | Interest | M | T | | | | | |
| 38. Roseville Mn ISD 623 Sr B | D | Interest | L | T | | | | | |
| 39. Burnsville Mn Indpt Sch se A | A | Interest | K | T | Buy | 02/01/16 | K | | |
| 40. Minnesota St. Higher Ed F Seven RV | C | Interest | K | T | Buy (add'l) | 08/09/16 | K | | |
| 41. Hopkins MN ISD 270 | C | Interest | | | Sold | 02/01/16 | L | | |
| 42. Orono MN ISD No. 278 | D | Interest | M | T | | | | | |
| 43. Spring Lk Pk MN SD #16 | C | Interest | L | T | | | | | |
| 44. Cloquet MN Indpt Sch SRA | B | Interest | K | T | | | | | |
| 45. Howard Lake Waverly - Wins Se A | C | Interest | L | T | | | | | |
| 46. Pelican Rapids MN Indp T SRA | D | Interest | M | T | | | | | |
| 47. American Funds AMCAP Fd CL-A | A | Dividend | M | T | | | | | |
| 48. American Funds New Perspective CL A | B | Dividend | M | T | Sold (part) | 05/25/16 | J | D | |
| 49. American Funds Capital World Growth & Income | C | Dividend | M | T | Sold (part) | 05/25/16 | J | D | |
| 50. Enterprise Products Partner LP | C | Dividend | K | T | | | | | |
| 51. Oneok Partnership LP | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 4/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Center Coast MLP Focus Fund Class A | C | Dividend | | | Sold | 05/16/16 | M | | |
| 53. Fidelity Adv Mid Cap II CL A | A | Dividend | M | T | | | | | |
| 54. Aberdeen Asia Pacific Pacific Ex Japan Fund | | None | L | T | Sold (part) | 05/25/16 | J | | |
| 55. MPLX LP MLP (Markwest Energy Partners LP Int.) | C | Dividend | K | T | | | | | |
| 56. Rose Rock Midstream LP MLP | B | Dividend | | | Sold | 05/20/16 | K | | |
| 57. Fiserv Inc | | None | K | T | | | | | |
| 58. Alphabet Inc CLA | | None | K | T | Buy | 05/25/16 | J | | |
| 59. Amazon.com Inc. | | None | J | T | Buy | 05/25/16 | J | | |
| 60. Costco Wholesale Corp. | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 61. Electronic Arts | | None | J | T | Buy | 05/25/16 | J | | |
| 62. Gartner Inc. | | None | J | T | Buy | 05/25/16 | J | | |
| 63. Graco Inc. | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 64. Kinder Morgan Inc. | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 65. Marriott Intl. Inc New CLA | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 66. Match Group Inc. | | None | K | T | Buy | 05/25/16 | J | | |
| 67. Mercadolibre Inc. | A | Dividend | K | T | Buy | 09/08/16 | J | | |
| 68. NY Times Co. CLA | A | Dividend | J | T | Buy | 05/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 4/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Netflix | | None | J | T | Buy | 05/25/16 | J | | |
| 70. Netgear Inc. | | None | J | T | Buy | 05/25/16 | J | | |
| 71. Pay Pal Holding Inc. | | None | J | T | Buy | 05/25/16 | J | | |
| 72. Priceline Group Inc. New | | None | J | T | Buy | 05/25/16 | J | | |
| 73. Unitedhealth Group Inc. | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 74. Walt Disney Co. | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 75. Workday Inc. CL A | | None | J | T | Buy | 05/25/16 | J | | |
| 76. UBS Bank SA Dep Acct. | A | Interest | L | T | | | | | |
| 77. RMA Tax Free Fund Inc | A | Dividend | | | Sold | 06/24/16 | M | | |
| 78. RMA Govt Money Mkt Fd | A | Dividend | M | T | Buy | 06/24/16 | M | | |
| 79. | | | | | Sold (part) | 08/12/16 | K | | |
| 80. Foreign (H) | | | | | | | | | |
| 81. -Abbvie Inc Com. | A | Dividend | | | Sold | 01/28/16 | J | | |
| 82. -Aberdeen Asset Mgmt Plc. Grp. | A | Dividend | | | Sold | 05/23/16 | J | | |
| 83. -Aktiebolaget Electrolux Ltd Sponsored ADR Sweden ADR | A | Dividend | | | Sold | 05/23/16 | J | | |
| 84. -Altria Group Inc. | A | Dividend | | | Sold (part) | 02/29/16 | J | A | |
| 85. | | | | | Sold | 05/23/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 4/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Amcor Ltd New Au ADR | A | Dividend | | | Sold | 05/23/16 | J | A | |
| 87. -Astrazeneca PLC Spon ADR | A | Dividend | | | Sold | 05/23/16 | J | | |
| 88. -BAE Systems PLC Spon ADR | A | Dividend | | | Sold | 05/23/16 | J | | |
| 89. -Bayer AG Spon ADR | | None | | | Sold | 02/29/16 | J | | |
| 90. -Bouyguessa Ord FFSO PV | | None | | | Sold | 05/23/16 | J | | |
| 91. -British American Tobacco PLC GB Spon ADR | A | Dividend | | | Sold | 05/23/16 | J | | |
| 92. -Burberry Group PLC Spon ADR | A | Dividend | | | Sold | 03/31/16 | J | | |
| 93. -Centurylink Inc. | A | Dividend | | | Sold | 05/23/16 | J | | |
| 94. -Chevron Corp. | A | Dividend | | | Sold | 05/23/16 | J | | |
| 95. -Coca Cola Co Com | A | Dividend | | | Sold | 05/23/16 | J | A | |
| 96. -Conocophilips | A | Dividend | | | Sold | 03/31/16 | J | | |
| 97. -Crown Castle Intl Corp Reit | A | Dividend | | | Sold | 05/23/16 | J | A | |
| 98. -DBS Group Hldgs Ltd Spon ADR | A | Dividend | | | Sold | 05/23/16 | J | | |
| 99. -Diago PLC New GB Spon ADR | A | Dividend | | | Sold | 05/23/16 | J | | |
| 100. -Dow Chemical | A | Dividend | | | Sold | 05/23/16 | J | A | |
| 101. -Enbridge Inc CAO | A | Dividend | | | Sold | 05/23/16 | J | | |
| 102. -Exxon Mobil Ltd. | A | Dividend | | | Sold | 05/23/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 4/20/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Gallagher Arthur J & Co | A | Dividend | | | Sold | 05/23/16 | J | | |
| 104. -Gannett Co Inc. | A | Dividend | | | Sold | 05/09/16 | J | A | |
| 105. -Imperial Tobacco Group PLC Spon ADR | A | Dividend | | | Sold | 05/23/16 | J | A | |
| 106. -Intl Business Mach | A | Dividend | | | Sold | 05/23/16 | J | A | |
| 107. -Iron Mtn. Inc. New Com | A | Dividend | | | Sold | 05/23/16 | J | | |
| 108. -Japan Tobacco Inc. | A | Dividend | | | Sold (part) | 03/31/16 | J | A | |
| 109. | | | | | Sold | 05/23/16 | J | A | |
| 110. -Kinder Morgan Inc. | A | Dividend | | | Sold | 03/31/16 | J | | |
| 111. -Lamar Advertising Co New CL A | A | Dividend | | | Sold | 05/23/16 | J | | |
| 112. -Las Vegas Sands Corp. | A | Dividend | | | Buy | 05/23/16 | J | | |
| 113. Lilly Eli & Co. | A | Dividend | | | Sold | 05/23/16 | J | | |
| 114. -Lloyds Banking Grp Spon ADR | A | Dividend | | | Sold | 05/23/16 | J | | |
| 115. -Lyondellbasel Industries NV SH5-A-CL A Euro | A | Dividend | | | Sold | 05/23/16 | J | | |
| 116. -Marks Spancer Group Inc Spon ADR | | None | | | Sold | 05/23/16 | J | | |
| 117. -Megit PLC ADR | A | Dividend | | | Sold | 02/01/16 | J | | |
| 118. -Mercury Corp. | A | Dividend | | | Sold | 05/23/16 | J | | |
| 119. -Microsoft Corp. | A | Dividend | | | Sold | 05/23/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 4/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -National Grid PLC New Spon ADR | A | Dividend | | | Sold | 05/23/16 | J | A | |
| 121.  -Nestle SA Spon ADR | A | Dividend | | | Sold | 05/23/16 | J | | |
| 122.  -Nielson Holdings PLC Eur | | None | | | Sold | 02/01/16 | J | A | |
| 123.  -Norfolk STHN Corp | A | Dividend | | | Sold | 05/23/16 | J | | |
| 124.  -Novartis AG Spon ADR | A | Dividend | | | Sold | 05/23/16 | J | | |
| 125.  -Nucor Corp | A | Dividend | | | Sold | 05/23/16 | J | | |
| 126.  -Occidental Petroleum Crp | A | Dividend | | | Sold | 05/23/16 | J | A | |
| 127.  -Pacwest Bankcorp | A | Dividend | | | Sold | 05/23/16 | J | | |
| 128.  -Paychex Inc. | A | Dividend | | | Sold | 05/23/16 | J | A | |
| 129.  -Pfizer Inc. | A | Dividend | | | Sold | 05/23/16 | J | | |
| 130.  -Philip Morris Intl Inc. | A | Dividend | | | Sold | 05/23/16 | J | B | |
| 131.  -Potash Corp. | A | Dividend | | | Sold | 05/23/16 | J | | |
| 132.  -Procter & Gamble Co. | A | Dividend | | | Buy (add'l) | 02/01/16 | J | | |
| 133. | | | | | Sold | 05/23/16 | J | A | |
| 134.  -Prudential PLC ADR | A | Dividend | | | Sold | 05/23/16 | J | | |
| 135.  -Roche Hld. | A | Dividend | | | Sold | 05/23/16 | J | | |
| 136.  -Sampo Oyj ADR | A | Dividend | | | Sold | 05/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 4/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Siemens A G Spon ADR | A | Dividend | | | Sold | 05/23/16 | J | | |
| 138. -Singapore Telecom Ltd New 2006 Spon ADR | A | Dividend | | | Sold | 05/23/16 | J | | |
| 139. -SSE PLC Spon ADR | A | Dividend | | | Sold | 05/23/16 | J | | |
| 140. -Svenska Handelbaken AB ADR | A | Dividend | | | Sold | 05/23/16 | J | | |
| 141. -Tate & Lyle PC Spon ADR New United Kingdom ADR | A | Dividend | | | Sold | 05/23/16 | J | | |
| 142. -Texas Instruments | A | Dividend | | | Sold | 05/23/16 | J | A | |
| 143. -Unilever PLC Amer SHS New Spon ADR | A | Dividend | | | Sold | 05/23/16 | J | | |
| 144. -Verizon Communications | A | Dividend | | | Sold | 05/23/16 | J | A | |
| 145. -Viacom Inc. | A | Dividend | | | Sold | 05/23/16 | J | | |
| 146. -Vodaphone Group PLC New Spon ADR | A | Dividend | | | Sold | 05/23/16 | J | | |
| 147. -VTech Hldgs Ltd Unsponsored ADR | A | Dividend | | | Sold | 05/23/16 | J | | |
| 148. -Xilinx Inc. | A | Dividend | | | Sold | 05/23/16 | J | | |
| 149. Telawood #70 (H) | | | | | | | | | |
| 150. -Abbvie Inc. Com | A | Dividend | | | Sold | 05/24/16 | J | A | |
| 151. -ATT Inc. | A | Dividend | | | Sold | 05/24/16 | J | A | |
| 152. -Cisco Systems Inc. | A | Dividend | | | Sold | 05/24/16 | J | A | |
| 153. -Digital Realty Trust Inc. | A | Dividend | | | Sold (part) | 02/16/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 4/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 05/24/16 | J | B | |
| 155. -General Motors Inc. | A | Dividend | | | Sold | 05/24/16 | J | | |
| 156. -Glaxo SmithKline | A | Dividend | | | Sold | 05/24/16 | J | | |
| 157. -Johnson & Johnson Comm | A | Dividend | | | Sold | 05/24/16 | J | A | |
| 158. -Merck & Co Inc New Com | A | Dividend | | | Sold | 05/24/16 | J | A | |
| 159. -Meredith Corp. | A | Dividend | | | Sold | 05/24/16 | J | B | |
| 160. -Pfizer Inc. | A | Dividend | | | Sold | 05/24/16 | J | | |
| 161. -Principal Financial Group Inc. | A | Dividend | | | Sold | 05/24/16 | J | | |
| 162. -Sanofi Spon ADR | A | Dividend | | | Sold | 01/05/16 | J | | |
| 163. -Spectra Energy Corp | A | Dividend | | | Sold | 05/24/16 | J | | |
| 164. -Teleus Corp CAD | A | Dividend | | | Sold | 05/24/16 | J | | |
| 165. -Verizon Communications Inc | A | Dividend | | | Sold | 05/12/16 | J | B | |
| 166. -Viacom Inc New CLA | A | Dividend | | | Sold | 05/24/16 | J | | |
| 167. -Brookfield Infrastructure Partners LP MLP | A | Dividend | | | Sold | 05/24/16 | J | C | |
| 168. -Blackstone Groups LP/The UNIT Rep Stg Ltd Partnership Ipt | A | Dividend | | | Sold | 05/24/16 | J | | |
| 169. -Bunge Limited Conv Preferred | A | Dividend | | | Sold | 05/24/16 | J | | |
| 170. -Dell Inc | A | Interest | | | Sold | 04/01/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 4/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Genworth Financial Inc. NTS BE | A | Interest | | | Sold | 01/19/16 | J | A | |
| 172. -ADT Corp NTS B/E | A | Interest | | | Sold | 05/02/16 | J | A | |
| 173. -Unisys Corp NTS B/E | A | Interest | | | Sold | 05/24/16 | J | | |
| 174. -Lennar Corp NTS | A | Interest | | | Sold | 05/24/16 | J | A | |
| 175. -Total Sys Services In | A | Interest | | | Sold | 05/24/16 | J | A | |
| 176. -Best Buy Co Inc NTS B/E | A | Interest | | | Sold | 05/24/16 | J | A | |
| 177. -Sesi L L NTS B/E | A | Interest | | | Sold | 05/16/16 | J | | |
| 178. -Twitter | | None | | | Sold | 05/24/16 | J | A | |
| 179. Amer Funds Amcap Fund Class F2 | C | Dividend | L | T | Buy | 06/07/16 | L | | |
| 180. Vanguard 500 Index Fund Admiral | A | Dividend | L | T | Buy | 06/07/16 | L | | |
| 181. Vanguard Mid-Cap Index Fund Admiral | A | Dividend | K | T | Buy | 06/07/16 | K | | |
| 182. Vanguard Small Cap Index Fund Admiral | A | Dividend | K | T | Buy | 06/07/16 | K | | |
| 183. Amer Funds American Balanced Fund Class F2 | C | Dividend | L | T | Buy | 06/07/16 | L | | |
| 184. Amn Healthcare Services Inc. | | None | J | T | Buy | 09/08/16 | J | | |
| 185. Facebook Inc. Cl A | | None | K | T | Buy | 09/08/16 | J | | |
| 186. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 187. Markel Corp. | | None | K | T | Buy | 09/08/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 4/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 10/12/16 | K | | |
| 189. Starbucks Corp. | A | Dividend | J | T | Buy | 09/08/16 | J | | |
| 190. Enterprise Products Parnet LP MLP | | None | K | T | Buy | 09/08/16 | J | | |
| 191. Tealwood (H) | | | | | | | | | |
| 192. -Digital Globe Inc. | | None | | | Sold | 01/21/16 | J | | |
| 193. -Dun & Bradstreet Corp New | A | Dividend | | | Sold | 05/24/16 | J | C | |
| 194. -Enstar Group Ltd ORD | | None | | | Sold | 05/24/16 | J | A | |
| 195. -Evertec Inc. | A | Dividend | | | Sold | 04/22/16 | J | C | |
| 196. -Fair Isaac Corp | A | Dividend | | | Sold (part) | 05/18/16 | J | C | |
| 197. | | | | | Sold | 05/24/16 | J | C | |
| 198. -Fiserv Inc | | None | | | Sold | 05/24/16 | J | D | |
| 199. -Fleetcor Technologies | | None | | | Sold | 05/24/16 | J | C | |
| 200. -IAC Interactive Corp. Idacorp Inc. | | None | | | Sold | 05/24/16 | J | B | |
| 201. -Janus Capital Group | A | Dividend | | | Sold | 05/24/16 | J | C | |
| 202. -Jazz Pharmaceuticals PLC | | None | | | Sold | 05/24/16 | J | C | |
| 203. -Mallinckrodt Pub LTD Co | | None | | | Sold | 05/24/16 | J | | |
| 204. -NASDAQ WMC Group | A | Dividend | | | Sold (part) | 02/04/16 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 05/24/16 | J | C | |
| 206. -Navigator Holdings Ltd | | None | | | Sold | 02/04/16 | J | | |
| 207. -Open Text Corp | A | Dividend | | | Sold (part) | 05/18/16 | J | A | |
| 208. | | | | | Sold | 05/24/16 | J | A | |
| 209. -PRA Group Inc. | | None | | | Buy (add'l) | 02/02/16 | J | | |
| 210. | | | | | Sold | 05/13/16 | J | | |
| 211. -Principal Financial Group Inc | A | Dividend | | | Sold | 05/24/16 | J | B | |
| 212. -Pure Cycle Corp New | | None | | | Sold | 05/24/16 | J | B | |
| 213. -Rovi Corp Com | | None | | | Sold | 05/24/16 | J | A | |
| 214. -RPX Corp | | None | | | Sold | 04/21/16 | J | A | |
| 215. -Scripps Networks Interact Inc. CL A | A | Dividend | | | Sold | 05/24/16 | J | | |
| 216. -Synopsys Inc. | | None | | | Sold | 05/18/16 | J | B | |
| 217. -Telefex Inc | A | Dividend | | | Sold | 05/24/16 | J | C | |
| 218. -Tivo Inc | | None | | | Sold | 05/18/16 | J | | |
| 219. -Torchmark Corp | A | Dividend | | | Sold | 02/04/16 | J | B | |
| 220. -United Therapeutics Corp | | None | | | Sold | 05/24/16 | J | B | |
| 221. -Vantiv Inc CL A | | None | | | Sold (part) | 05/18/16 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 4/20/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 05/24/16 | J | C | |
| 223.  -Verint Systems Inc. | | None | | | Sold | 04/21/16 | J | | |
| 224.  -Web Com Group Inc | | None | | | Sold | 05/18/16 | J | | |
| 225.  Space Data Corp | | None | K | W | | | | | |
| 226.  Rational Energies | | None | M | T | | | | | |
| 227.  American Funds Euro Pacific Growth Fund CLA | A | Dividend | | | Sold | 05/20/16 | K | | |
| 228.  Oak Ridge Small Cap | | None | | | Sold | 05/20/16 | K | | |
| 229.  Amer Funds AMCAP | A | Dividend | K | T | Buy (add'l) | 06/06/16 | K | | |
| 230.  American Funds Mutual Fund Class F-2 | A | Dividend | K | T | Buy (add'l) | 06/06/16 | K | | |
| 231.  Amer Funds American Balanced Fund Class F2 | A | Dividend | K | T | Buy | 06/06/16 | K | | |
| 232. | | | | | Sold (part) | 07/22/16 | J | | |
| 233. | | | | | Sold (part) | 01/24/17 | J | | |
| 234.  Fidelity Investments Charitable Gift Fund | B | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 4/20/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following are explanations related to Part VII:

Line 24:  On April 19, 2016, Pioneer Global High Yield FD CLA, shown on the 2015 Report at Line 33, was exchanged for Pioneer Global High Yield Y.

Line 25:  On April 20, 2016, American Funds AMCAP FD CL A, shown on the 2015 Report at Line 34, was exchanged for American Funds AMCAP FD CL F2.

Line 26:  On April 20, 2016, American Funds New Perspective CL A, shown on the 2015 Report at Line 35, was exchanged for American Funds New Perspective CL F2.

Line 27: On April 18, 2016, American Funds Capital World Growth & Income Fund Class A, shown on the 2015 Report at Line 36, was sold in part.  On April 20, 2016, the balance was exchanged from American Funds Capital World Growth Income Fund Class F2.

Line 29:  On April 20, 2016, American Funds American Balanced Fund Class A, shown on the 2015 Report at Line 38, was exchanged for American Funds American Balanced Fund Class F 2, shown on the 2015 Report at Line 36.

Line 31:  On April 18, 2016, Fidelity Adv Mid Cap II - CL A, shown on the 2015 Report at Line 41, was sold in part.  On April 20, 2016, the balance was exchanged for Fidelity Adv Mid Cap II CL I.

Line 33:  On April 19, 2016, Blackrock Global Allocation Fund A, shown on the 2015 Report on line 44, was exchanged for Blackrock Global Allocation Fund Inc Institutional.

Line 89:  I missed the purchase of Bayer AG Spon ADR on May 8, 2015, with a value code of J on the 2015 Report.

Line 110:  I missed the purchase of Kinder Morgan on May 28 and October 14, 2015 on the 2015 Report, with a value of J for each transaction.

Line 113:  I missed the purchase of Lilly Eli & Co on May 28, 2015 on the 2015 Report with a value of J.

Line 119:  I missed the purchase of Microsoft Corp. on May 28, 2015 on the 2015 Report, with a value of J.

Line 125:  Nucor was misspelled on Line 156 of the 2015 Report (Nucol).

Line 131:  I missed the purchase of Potash Corp. on August 6, 2015 on the 2015 Report, with a value of J.

Line 145:  I missed the pruchase of Viacom Inc. on September 2, 2015 on teh 2015 Report, with a value of J.


Miscellaneous

At Line 230 of the 2015 Report, I indicated that Coeur D'Alene Mines was part of my investments.  This was a mistake.  It was sold on March 16, 2015.

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 4/20/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Janie S. Mayeron**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544